## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNITED STATES,<br><br>             Plaintiff,<br><br>      v.<br><br>NITEK ELECTRONICS, INC.,<br><br>             Defendant. | BEFORE: HONORABLE JUDITH M. BARZILAY, SENIOR JUDGE<br><br>COURT NO. 11-00078<br><br>**STIPULATION AND PROPOSED <u>ORDER FOR JUDGMENT</u>** |

**WHEREAS**, on or about March 30, 2011, Plaintiff, the United States ("Plaintiff"), by and through its counsel, filed the Complaint in the above-captioned action seeking to recover normal duties (Count I), antidumping duties (Count II), and penalties based upon negligence (Count III) against Defendant Nitek electronics, Inc. ("Nitek") pursuant to section 592 of the Tariff Act of 1930, 19 U.S.C. § 1592;

**WHEREAS**, on or about June 21, 2011, Nitek filed a motion to dismiss the above-captioned action pursuant to U.S. Court of International Trade Rules 12(b)(1) and 12(b)(5);

**WHEREAS**, on or about April 13, 2012, the Court denied Nitek's motion to dismiss Counts I and II and granted its motion to dismiss Count III of the Complaint;

**WHEREAS**, on or about August 7, 2012, the Court denied Plaintiff's motion to reconsider its opinion dismissing Count III of the Complaint;

**WHEREAS**, the parties now seek to resolve this action, with prejudice, according to the terms of the stipulation set forth below ("Stipulation") and submit this Stipulation and proposed judgment for order by the Court ("Judgment").

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that this action is resolved on the merits, with prejudice, and is submitted for an order for judgment as follows:

1.      The parties to this stipulation are the Plaintiff and Nitek.

2.      This Court has jurisdiction over the subject matter of the action and the parties.

3.      Nitek admits, acknowledges and agrees that Plaintiff is entitled to recover from under Counts I and II, the amount of $47,884.27 plus interest and costs provided by law.

4.      Judgment by consent shall be entered in this action in favor of Plaintiff and against Nitek under Counts I and II the amount of $47,884.27 plus interest and costs provided by law.

5.      The amount paid to Plaintiff by Nitek pursuant to this Stipulation and Judgment shall constitute full and complete satisfaction of the normal duties and antidumping duties alleged, respectively, in Count I and Count II of the Complaint.

6.      This Stipulation currently renders unnecessary all discovery in this action and withdraws the subpoenas for deposition served on September 17, 2014, by Plaintiff on Michael Yue and Sandra Golgart, and the notice of deposition of Jingdong Li.

7.      This Stipulation is freely and voluntarily entered into and was the product of good faith settlement negotiations between the parties to this action.

8.      The signatories to this Stipulation have full authority to act on behalf of the parties to this action.

9.      The parties agree not to appeal or collaterally attack this Stipulation or the Judgment entered pursuant thereto with respect to Counts I or II of the Complaint.

10.     This Stipulation does not affect Plaintiff's right to appeal with respect to Count III of the Complaint.

11.     Each party shall bear its own costs and attorneys' fees.

12.     This Stipulation may be filed and the Judgment may be entered upon this Stipulation without further notice to any party.

/

/

/

/

Dated: September 23, 2014         Respectfully submitted,


*/s/ Michael B. Zara*
BRYAN CAVE LLP
Michael B. Zara
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Tel: (310) 576-2100
mbzara@bryancave.com
*Attorneys for Defendant Nitek Electronics, Inc.*

AND


JOYCE R. BRANDA
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director
*/s/ Patricia M. McCarthy*
PATRICIA M. McCARTHY
Assistant Director

*/s/ Stephen C. Tosini*
STEPHEN C. TOSINI
Senior Trial Counsel
Department of Justice
Civil Division
Commercial Litigation Branch
PO Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-5196
Email: Stephen.tosini@usdoj.gov

*Attorneys for Plaintiff, the United States*

3

COURT NO. 11-00078

**IT IS HEREBY ORDERED** that this action is decided and this final judgment is to be entered by the Clerk of this Court; a judgment will be entered for Plaintiff, the United States, against Defendant Nitek Electronics, Inc. in the amount of $47,884.27 plus interest and costs and in accordance with the stipulation of the parties set forth above.

/s/ Judith M. Barzilay

Judge Judith M. Barzilay

Date: October 1, 2014

4